UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATIVIDAD MARTINEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:11-CV-2949-G |
| JOSE LEAL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the court finds that

the findings, conclusions and recommendation of the magistrate judge are correct,

and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

February 3, 2012.

_____

**A. JOE FISH**
**Senior United States District Judge**